IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO. 8:03CR123 |
| v. | ) | |
| KENDALL A. TAIT, | ) | ORDER |
| Defendant. | ) | |

Before the court is defendant's Petition to Amend Judgment and Conviction Order, Filing No. 78. After considering the matter, the court finds as follows:

**IT IS ORDERED**:

1. This court does not have jurisdiction to change the defendant's sentence.

2. The Bureau of Prisons calculates credit for time served.

3. The defendant does not get credit for time served for a concurrent state sentence until the date the defendant is sentenced in federal court.

4. The defendant's Petition to Amend Judgment and Conviction Order is denied.

Dated this 9th day of June, 2006.

BY THE COURT:

**s/Joseph F. Bataillon**
United States District Judge